# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CRIMINAL HEARING MINUTES

Date: February 16, 2024
Case #: 3:20cr111
Dft #: ___

**UNITED STATES OF AMERICA**

Vs.

Tolulope Samuel Bodunde

Honorable Judge: Jeffrey A. Meyer
Deputy Clerk: Diahann Lewis
AUSA: Margaret Donovan
Counsel for Defendant: Allison Kahl
☐ Retained   ☐ CJA   ☒ FPD

Start Time: 11:01   End Time: 11:52
Recess (if more than ½ hr) ___ to ___
USPO: ___
Reporter/ECRO/FTR: Diana Huntington
Interpreter: ___   Language: ___

Total Time ___ hours  51 minutes
Hearing held  ☒ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| ☐ Initial Appearance ___ | ☐ Initial Appear. Rule 5 ___ | ☐ Detention ___ | ☐ Arraignment ___ |
| ☐ Motion ___ | ☐ Bond ___ | ☐ Waiver/Plea ___ | ☐ Probable Cause ___ |
| ☒ Change of Plea ___ | ☐ Conflict ___ | ☐ Evidentiary ___ | ☐ Extradition ___ |
| ☐ Status Conference ___ | ☐ Competency ___ | ☐ In Camera ___ | ☐ Frye ___ |

☐ Arrest or ☐ Self surrender   Date ___
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☐ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district ___
☐ Order appointing FPD
☐ Order appointing Attorney ___
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☐ NOT guilty  ☒ guilty  ☐ nolo contendere;  As to counts 2 of the Superseding Indictment
Plea agreement letter  ☒ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☒ Sentencing set for 5/13/2024 at 10:00
☒ Probation 246B Order for PSI & Report filed
☒ Special Assessment of $ 100 on count(s) 2. Total of $ 100   ☐ due now  ☒ due at sentencing

Rev. 12-9-21

Page **1** of **2**

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted    ☐Denied    ☐Advisement
_____ hearing set for _____ ;  continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied   ☐Advisement
☐ Order of detention filed
☐ Bond set at $_____   ☐ reduced to $_____ ;  ☐Non-surety   ☐Surety    ☐Personal recognizance
☐ Bond  ☐revoked    ☐reinstated    ☐continued    ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☐ As set forth in the Order Setting Conditions of Release
☒ Other  Release continued under same conditions _____

**MOTIONS**
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement

**NOTES**
pretrial deadlines as to the remaining defendant are extended 30 days in accordance with the previously extended jury selection date.