UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:20-cr-00111 (JAM) |
| TOLULOPE BODUNDE | March 25, 2024 |

**MOTION TO CONTINUE SENTENCING AND RELATED DEADLINES (UNOPPOSED)**

Tolulope Bodunde through undersigned counsel, respectfully moves to continue the date of sentencing to a date convenient for the Court in September (about 120 days) and to also continue the related deadlines, including the Pre-Sentence Report and sentencing memoranda. The government and Probation Office do not object to this request. In support of the motion, undersigned counsel represents as follows:

1. Mr. Bodunde was arrested and presented on August 7, 2020 in New Jersey and ordered released on that date, subject to stringent conditions. Doc. Nos. 1-9.

2. On February 16, 2024, Mr. Bodunde pleaded guilty to one count of wire fraud, in violation of 18 U.S.C. § 1343. Doc. No. 193. Mr. Bodunde remains released on bond pending his sentencing. Sentencing was set for May 13, 2024, and the first disclosure of the Pre-Sentence Report is currently due on April 1, 2024. Doc. No. 193.

3. Federal Rule of Criminal Procedure Rule 32(b)(2) provides that "The Court may, for good cause, change any time limits prescribed in this rule" and Local Rule 32(f) allows the sentencing judge to modify the time and sequence for the filing of sentencing memoranda and provides that "[t]he times set forth in this Rule may otherwise be modified by the Court for good cause shown." Modification of the time for preparation of the Pre-Sentence Report ("PSR"), however, requires consent of the defendant. Local Rule 32(f).

4. There is good cause to continue the sentencing deadlines in this case. Specifically, the defense requires additional time to conduct a full and adequate investigation into the 18 U.S.C § 3553(a) factors, in particular, the history and characteristics of Mr. Bodunde. *See* 18 U.S.C. § 3553(a)(1). The defense requires additional time to both seek and obtain relevant records and supporting letters, including from those residing in his home country, and to consider and potentially consult with outside experts. The defense also requires additional time to explore certain Guidelines issues with Mr. Bodunde regarding his eligibility for the zero-point offender reduction that were noted in the plea agreement. The defense also requires additional time to both prepare for and conduct the Pre-Sentence Interview, which has not yet been conducted due to counsel's scheduling conflicts.

5. Undersigned counsel has conferred with Assistant United States Attorney Margaret Donovan, who does not object to this request. Probation Officer Rachel Carriera will be conducting the Pre-Sentence interview and has been advised of this motion and request and has no objection.

6. This is the first request for a continuance of the sentencing and any related deadlines in this case and it is the only anticipated requested continuance. Counsel is filing this motion as soon as practicable after conferring with all parties and determining a schedule and timeline that would work for all. *See* Local Rule 7(b)(3). As the Court is aware, AUSA Donovan will be preparing for or on trial in Mr. Bodunde's co-defendant's case when a number of the sentencing deadlines are currently scheduled for, and the proposed continuance is intended to account for that schedule. Undersigned counsel also notes that counsel will be on leave from August 16 through 23, 2024, and the proposed continuance is intended to account for that previously scheduled commitment.

7. Undersigned counsel has also consulted with Mr. Bodunde, who consents to the continuance sought in this motion.

      WHEREFORE, Mr. Bodunde respectfully requests that the sentencing date be scheduled for a date convenient for the Court in September.

                                        Respectfully submitted,

                                        THE DEFENDANT
                                        Tolulope Bodunde

                                        FEDERAL DEFENDER OFFICE

Date: March 25, 2024                  /s/ Allison N. Kahl
                                        Allison N. Kahl
                                        Assistant Federal Defender
                                        10 Columbus Blvd., 6th Floor
                                        Hartford, CT 06106
                                        Phone: (203) 498-4200
                                        Bar No.: phv206792
                                        Email: allison_kahl@fd.org

**CERTIFICATION OF SERVICE**

      This is to certify that on March 25, 2024, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

      /s/Allison N. Kahl
      Allison N. Kahl